NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRANCE SHANAHAN, individually and on behalf of all others similalry situated, | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | CASE NO. 8:23-cv-00475-MDN |
| MFS Supply, LLC, | ) ) | |
| Defendant(s). | ) | |

### DISCLOSURE OF CORPORATE AFFILIATIONS,
### FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit*

*LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant MFS Supply, LLC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

      If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

      If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

      If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

      If yes, identify each member of the entity and the member's state of citizenship:New Century Ventures, LLC; Rosecastle LLC; and HML LLC

☐ This party is an unincorporated association or entity.

      If yes, identify the members of the entity and their states of citizenship:

Additional information:


Date:January 31, 2024                   s/ Earl G. Greene, III
                                        301 S. 13th Street #400
                                        Lincoln, NE  68508
                                        (Signature)


## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Mark L. Javitch
      Javitch Law Office
      3 East 3rd Ave. Ste. 200
      San Mateo, California 94401
      mark@javitchlawoffice.com,


and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:mark@javitchlawoffice.com.


                                    s/Earl G. Greene, III