IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE SHANAHAN, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MFS SUPPLY LLC, an Ohio limited liability company;<br><br>Defendant. | 8:23CV475<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 40) is granted and Shay P. Talbitzer is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Shay P. Talbitzer in this case.

Dated this 18th day of September, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge